# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONWIDE GENERAL INSURANCE COMPANY and NATIONWIDE MUTUAL FIRE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>GARY DIBILEO, JR., JERALD COYNE a.k.a. JERRY COYNE, and JONATHAN MARTINES,<br><br>Defendants. | No. 3:19-CV-01003<br><br>(Judge Brann) |

## ORDER

**AND NOW**, this 20th day of July 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Plaintiffs' Motion for Summary Judgment (Doc. 32) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge